THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
 Marvin A. Barkers Appellant.
 
 
 

Appeal From Florence County
J. Michael Baxley, Circuit Court Judge

Unpublished Opinion No. 2007-UP-165
Submitted April 2, 2007  Filed April 12, 2007   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia; and Marvin A.  Barkers, of Bishopville, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; Solicitor Edgar L. Clements, III, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Marvin Barkers appeals his conviction and sentence for criminal sexual conduct with a minor in the second degree and committing a lewd act upon a minor.  Barkers argues the trial court erred in allowing an expert witness to testify about counseling sessions she had with the victim.  After a thorough review of the record, counsels brief, and Barkers pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Barkers appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.